STATE OF NORTH CAROLINA v. WILLIAM MACKIE LOWE

No. 7419SC190

(Filed 6 March 1974)

**Criminal Law § 161— appeal as exception to judgment**

Defendant's appeal was an exception to the judgment and presented the face of the record for review.

ON *Certiorari* to review the trial before *Seay, Judge,* June 1973 Session of Superior Court held in ROWAN County.

*Attorney General Robert Morgan and Assistant Attorney General Myron C. Banks for the State.*

*Davis and Ford by Larry G. Ford for defendant appellant.*

HEDRICK, Judge.

This appeal is an exception to the judgment and presents the face of the record proper for review. 3 Strong, N. C. Index 2d, Criminal Law, § 161, p. 112. The record reveals that defendant was charged in a bill of indictment, proper in form, with felonious escape pursuant to G.S. 148-45, entered a plea of not guilty, and was found guilty by a jury.

The judgment imposing a prison sentence of 24 months is within the limits prescribed for a violation of the statute.

In the defendant's trial in the Superior Court, we find

No error.

Judges CAMPBELL and BALEY concur.